1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

11   BRIAN D. LOWDER, a seaman,

12                    Plaintiff,                    No. C04-5442-FDB

13          vs.                                     **STIPULATION AND ORDER OF**
                                                    **DISMISSAL**
14   TIDEWATER BARGE LINES, INC., an
     Oregon corporation, In Personam; and the
15   MAVERICK, a vessel, Official No. 618125,
     her engines, equipment, tackle and
16   appurtenances, In Rem,

17                    Defendants.

18          IT IS HEREBY STIPULATED between the parties hereto that the above-captioned

19   matter may be dismissed with prejudice and without costs to any of the parties.

20          Dated this ___ day of _____, 2005.

21

22   SCHWABE, WILLIAMSON & WYATT,
     P.C.

23

24   By: _____      By: _____
          Noah Jarrett, WSBA #31117                 Eric Dickman
25        Of Attorney for Defendant, Tidewater      Of Attorney for Plaintiff, Brian Lowder
     Barge Lines
26

STIPULATION AND ORDER OF DISMISSAL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010
1420 Fifth Avenue
Seattle, WA  98101-2393
Telephone (206) 622-1711

PDX/088240/130560/NJA/1309689.1

1

2

**ORDER**

3

IT IS SO ORDERED.

4

Dated this 28th day of July2005

5

6

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

7

8

9

Presented by:

10

SCHWABE, WILLIAMSON & WYATT, P.C.

11

12

By: _____

13

Noah Jarrett
Of Attorneys for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010
1420 Fifth Avenue
Seattle, WA  98101-2393
Telephone (206) 622-1711

PDX/088240/130560/NJA/1309689.1

1   **<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on the ____ day of _____ 2005, I served the

3   foregoing STIPUATION AND ORDER OF DISMISSAL, on the following party at the

4   following address:

5       Eric Dickman
        Attorney at Law
6       4705 16th Avenue N.E.
        Seattle, WA  98105-4208
7           Of Attorneys for Plaintiff

8   by mailing to him by first-class mail a true and correct copy thereof, certified by me as such,

9   placed in a sealed envelope addressed to him at the address set forth above and deposited in

10  the U.S. Post Office at Portland, Oregon, with postage paid.

11

12                                          _____

13                                          Noah Jarrett

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
U.S. Bank Centre, Suite 3010
1420 Fifth Avenue
Seattle, WA  98101-2393
Telephone (206) 622-1711

PDX/088240/130560/NJA/1309689.1